UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:** 2:25-cv-10289-WLH-BFM  **Date:** December 18, 2025

**Title:** *Steven C. Ortega et al v. Paul Bruguera et al.*

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:** **(In Chambers) Order to Show Cause for Failure to Notify Court of Address Change**

The Court has received several notices of mail returned regarding Plaintiff Silvia L. Garcia. (ECF 61-68.) While mail has not been returned to Plaintiff Celina L. Ortega who has the same listed address, Plaintiff Garcia's mail has been returned to the Court.

Under Local Rule 41-6, "[a] party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address." L.R. 41-6. "If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute." *Id.*

The Court therefore orders Plaintiff Silvia L. Garcia to show cause— meaning, to explain in writing—why she should not be dismissed from this case for failure to keep the Court informed of her current address. Plaintiff's response to this Order must be filed no later than **January 16, 2026**. Providing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:**   2:25-cv-10289-WLH-BFM   **Date:**  December 18, 2025

**Title:**   *Steven C. Ortega et al v. Paul Bruguera et al.*

================================================================

the Court with her current address will constitute an adequate response to this Order.

    Failure to respond to the Court's order may result in Ms. Garcia being dismissed from the case without prejudice.

    **IT IS SO ORDERED.**

cc:   Steven C. Ortega, pro se
      Silvia L. Garcia, pro se
      Celina L. Ortega, pro se
      Counsel of record

Initials of Preparer:   ch