UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


**Case No.:**   2:25-cv-10289-WLH-BFM          **Date:**  February 3, 2026


**Title:**   *Steven C. Ortega et al v. Paul Bruguera et al.*

================================================================

Present:  The Honorable Brianna Fuller Mircheff, United States Magistrate Judge


|  Christianna Howard  |  N/A  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|:---:|:---:|
| N/A | N/A |

**Proceedings:**   **(In Chambers) Order Withdrawing Portion of Report and Recommendation (ECF 86); Order to Show Cause re: Service**


On January 16, 2026, this Court issued a Report and Recommendation, recommending dismissal of two of the three Plaintiffs for failure to keep their addresses with the Court updated. (ECF 86.) The Court noted that mail sent to Silvia L. Garcia and Celina L. Ortega was consistently being returned to the Court as undeliverable. (ECF 86 at 2.)

Within the time set for objections, one of the two Plaintiffs, Ms. Ortega, updated her address and objected to the Report and Recommendation. (ECF 90, 91.) The Court therefore **withdraws** the portion of the Report and Recommendation concerning Ms. Ortega, including its recommendation that she be dismissed from the case.

The Objection is signed by and is explicitly limited to Ms. Ortega. (ECF 91 at 2.) Ms. Ortega avers that Silvia Garcia's whereabout are "unknown." (ECF 91 at 3.) The Court therefore leaves intact its earlier recommendation as to Ms. Garcia.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**    2:25-cv-10289-WLH-BFM    **Date:**    February 3, 2026

**Title:**    *Steven C. Ortega et al v. Paul Bruguera et al.*

================================================================

The Court notes that 90 days have passed since the initial Complaint was filed. The Court has not yet been presented with proofs of service as to the following Defendants: (1) David W. Slayton; (2) U.S. Marshals; (3) Michael Bakshi; (4) Baksbell, LLC; (5) Baks Investments, LLC; (6) Sergeant Baltazar; (7) Officer Esquivel; and (8) County of Los Angeles. Under Rule 4(m) of the Federal Rules of Civil Procedure, where a defendant is not served within 90 days after the complaint is filed, the court "must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Filing of an amended complaint "does not restart or otherwise toll the 90-day service period." *Kinney v. Three Arch Bay Cmty. Servs. Dist.*, No. SA CV 16-00796 RGK (JCx), 2017 WL 2992744, at *1 (C.D. Cal. May 22, 2017). Plaintiffs are therefore **ordered to show cause** why these eight Defendants should not be dismissed, without prejudice, for failure to effectuate service. Plaintiffs' deadline to respond to this order to show cause is **February 24, 2026**.

Plaintiffs aver that Deputy Gomez was served on November 5, 2025, and yet he has not answered. (ECF 25.) Plaintiffs also represent that Marat Antonyan and Marat Law APC were served in November 2025. (ECF 51, 52.) The time for those Defendants to submit a timely response has passed. The Court thus reminds Plaintiffs that they have an obligation to pursue appropriate remedies, including seeking default, against such Defendants. Failure to do so risks dismissal for failure to prosecute. *See Nguyen v. Berryhill*,

Page **2** of **3**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**   2:25-cv-10289-WLH-BFM          **Date:**  February 3, 2026

**Title:**   *Steven C. Ortega et al v. Paul Bruguera et al.*

===============================================================

No. SACV 18-1172-SVW (JPR), 2019 WL 2211895 (C.D. Cal. May 21, 2019)
(dismissing for failure to prosecute where plaintiff did not diligently seek
default or default judgment).

   **IT IS SO ORDERED.**

cc:    Steven C. Ortega, Silvia L. Garcia, and Celina L. Ortega, pro se
       Counsel of record

                              Initials of Preparer:     ch