# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

STEVEN C. ORTEGA, et al.,

    Plaintiffs,

    v.

PAUL BRUGUERA, et al.,

    Defendants.

No. 2:25-cv-10289-WLH-BFM

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Magistrate Judge's Report and Recommendation and record in this matter. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted; and

2.    Judgment is entered dismissing this case without prejudice for failure to prosecute and follow court orders.

DATED:  April 29, 2026

_____

HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE