JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

STEVEN C. ORTEGA, et al.,

        Plaintiffs,

        v.

PAUL BRUGUERA, et al.,

        Defendants.

No. 2:25-cv-10289-WLH-BFM

**JUDGMENT**

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 29, 2026

_____
HONORABLE WESLEY L. HSU
UNITED STATES DISTRICT JUDGE